FILED
CLERK, U.S. DISTRICT COURT
NOV 14 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>  MARIO Esquivel VARGAS<br><br>  Defendant. | S: 22-CR-16-FMO<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- NO IDENTIFIED SURETIES

IT IS ORDERED that defendant be detained.

DATED: 11/14/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2